IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| PROJECT VIDA AND P.V. COMMUNITY DEVELOPMENT CORPORATION, | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | EP-20-CV-166-KC |
| PHILADELPHIA INDEMNITY INSURANCE COMPANY, | § § § | |
| Defendant. | § § | |

**ORDER**

On this day, the Court *sua sponte* considered the above-captioned case. On February 23, 2021, the parties informed the Court that they had reached a settlement. *See* ECF No. 13. In response, the Court ordered that "unless the parties submit final closing papers **on or before March 26, 2021**, the Court will dismiss the case without costs and without prejudice to the rights of any party to move within thirty days thereafter to reopen if settlement has not, in fact, be consummated." *Id*.

March 26, 2021, has now passed, and the parties have not submitted final closing papers to the Court. Accordingly, it is hereby **ORDERED** that all of Plaintiff's claims in this case are **DISMISSED**, but without prejudice to the rights of either party to move to reopen **on or before April 29, 2021**, if settlement has not, in fact, been consummated.

The Clerk shall close the case.

**SO ORDERED**.

**SIGNED this 29th day of March, 2021.**

KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE